ALMON BRISTOL, Appellant, *v.* AARON A. GRAFF, Respondent, Impleaded with Another.

*Bristol* v. *Graff,* 79 App. Div. 426, affirmed.
(Argued June 15, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 6, 1903, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a trial and granted a new trial.

*James E. Newell* for appellant.

*C. G. Baldwin* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Taking no part: VANN, J.

---

NINA GRACE GOLDBACHER, Respondent, *v.* GEORGE W. EGGERS, Appellant.

*Goldbacher* v. *Eggers,* 82 App. Div. 637, affirmed.
(Submitted June 15, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George E. Hyatt* and *A. Walker Otis* for appellant.

*Joseph N. Goldbacher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.